DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL VALENCIA VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-0441 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE |
| MIGUEL VALENCIA VALENCIA, et al., | ) Date:  November 30, 2007<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, MIGUEL VALENCIA VALENCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, JUAN JOSE SANCHEZ VALENCIA, by and through his counsel Lindsay Anne Weston, RICARDO DIAZ GALINDO, by and through his counsel Timothy E. Warriner, RAYES AGUILAR ESPINOZA, by and through his counsel Dan F. Koukol, MARTIN MAGANA RAMOS, by and through his counsel Daniel Clymo, and DANIEL MANCILLA CHAVEZ, by and through his counsel John Richard Manning, that the status conference presently scheduled for November 2, 2007, be vacated and rescheduled for status

1  conference on November 30, 2007, at 9:00 a.m.

2      This continuance is being requested because of on-going defense
3  investigation and preparation.

4      IT IS FURTHER STIPULATED that the period from November 2, 2007,
5  through and including November 30, 2007, be excluded in computing the
6  time within which trial must commence under the Speedy Trial Act,
7  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
8  continuity and preparation of counsel.

9      Respectfully submitted,

10 Dated: October 31, 2007

11     DANIEL J. BRODERICK
    Federal Defender

12

13     /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
14     Assistant Federal Defender
    Attorney for Defendant
15     MIGUEL VALENCIA VALENCIA

16

17     /s/ Matthew C. Bockmon for
    Lindsay Anne Weston
    LINDSAY ANNE WESTON
18     Attorney for Defendant
    JUAN JOSE SANCHEZ VALENCIA
19     per telephonic authority

20

21     /s/ Matthew C. Bockmon for
    Timothy E. Warriner
    TIMOTHY E. WARRINER
22     Attorney for Defendant
    RICARDO DIAZ GALINDO
23     per telephonic authority

24

25     /s/ Matthew C. Bockmon for
    Dan F. Koukol
    DAN F. KOUKOL
26     Attorney for Defendant
    RAYES AGUILAR ESPINOZA
27     per telephonic authority

28

```
                                /s/ Matthew C. Bockmon for
                                Daniel Clymo
                                DANIEL CLYMO
                                Attorney for Defendant
                                MARTIN MAGANA RAMOS
                                per telephonic authority


                                /s/ Matthew C. Bockmon for
                                John Richard Manning
                                JOHN RICHARD MANNING
                                Attorney for Defendant
                                DANIEL MANCILLA CHAVEZ
                                per telephonic authority
```

Dated: October 31, 2007

```
                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                Heiko Copploa
                                HEIKO COPPOLA
                                Assistant U.S. Attorney
                                per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated: October 31, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge