1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Daniel Mancilla Chavez

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CR NO. S-07-441 GEB
                                )
11         Plaintiff,            )    AMENDED STIPULATION AND
                                )    [PROPOSED] ORDER CONTINUING
12    v.                         )    STATUS CONFERENCE
                                )
13 Miguel Valencia, et al.      )
                                )    Date:  11/30/07
14         Defendants.           )    Time:  9:00 a.m.
   _____)    Judge: Hon.Garland E. Burrell
15

16      IT IS HEREBY stipulated between the United States of America

17 through its undersigned counsel, Heiko Coppola, Assistant United

18 States Attorney, together with counsel for defendant Daniel

19 Mancilla Chavez, John R. Manning Esq., counsel for defendant

20 Miguel Valencia, Matthew Bockmon Esq., counsel for defendant

21 Ricardo Diaz Galindo, Timothy Warriner Esq., counsel for

22 defendant Martin Magana Ramos, Daniel B. Clymo Esq., counsel for

23 defendant Rayez Espinosa Aguilar, Dan Koukol Esq., and counsel

24 for defendant Juan Jose Sanchez Valencia, Lindsay Weston Esq.,

25 that the status conference presently set for November 30, 2007 be

26 **continued to January 4, 2008, at 9:00 a.m.**, thus **vacating** the

27 presently set status conference.

28      Counsel for the parties agree that this is an appropriate

                                    1

exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 4, 2008.

IT IS SO STIPULATED.

Dated: November 29, 2007    /s/ John R. Manning
                            JOHN R. MANNING
                            Attorney for Defendant
                            Daniel Mancilla Chavez

Dated: November 29, 2007    /s/ Matthew Bockmon
                            Matthew Bockmon
                            Attorney for Defendant Miguel
                            Valencia

Dated: November 29, 2007    /s/ Timothy Warriner
                            Timothy Warriner
                            Attorney for Defendant Ricardo
                            Diaz Galindo

Dated: November 29, 2007    /s/ Daniel Clymo
                            Daniel Clymo
                            Attorney for Defendant Martin
                            Magana Ramos

Dated: November 29, 2007    /s/ Dan Koukol
                            Dan Koukol
                            Attorney for Defendant Rayez
                            Espinosa Aguilar

Dated: November 29, 2007    /s/ Lindsay Weston
                            Lindsay Weston
                            Attorney for Defendant Juan
                            Jose Sanchez Valencia

```
 1  Dated: November 29, 2007              McGREGOR W. SCOTT
                                          United States Attorney
 2
 3                                        by:  /s/ Heiko Coppola
                                          Heiko Coppola
 4                                        Assistant U.S. Attorney
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-07-441 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| Miguel Valencia, et al. | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the November 30, 2007 status conference be continued to January 4, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 4, 2008.

IT IS SO ORDERED.

Dated:  November 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

4