John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Daniel Mancilla Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-07-441 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| Miguel Valencia, et al. | ) | |
| | ) | Date:  1/4/08 |
| Defendants. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with counsel for defendant Daniel Mancilla Chavez, John R. Manning Esq., counsel for defendant Miguel Valencia, Matthew Bockman Esq., counsel for defendant Ricardo Diaz Galindo, Timothy Warriner, counsel for defendant Martin Magana Ramos, Daniel B. Clymo Esq., counsel for defendant Rayez Espinosa Aguilar, Dan Koukol Esq., and counsel for defendant Juan Jose Sanchez Valencia, Lindsay Weston Esq., that the status conference presently set for January 4, 2008 be **continued to February 22, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

　　　　Counsel for the parties agree that this is an appropriate

1

exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 22, 2008.

IT IS SO STIPULATED.

Dated: January 2, 2008     /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Daniel Mancilla Chavez

Dated: January 2, 2008     /s/ Matthew Bockman
Matthew Bockman
Attorney for Defendant
Miguel Valencia

Dated: January 2, 2008     /s/ Timothy Warriner
Timothy Warriner
Attorney for Defendant
Ricardo Diaz Galindo

Dated: January 2, 2008     /s/ Daniel B. Clymo
Daniel B. Clymo
Attorney for Defendant
Martin Magana Ramos

Dated: January 2, 2008     /s/ Dan Koukol
Dan Koukol
Attorney for Defendant
Rayez Espinosa Aguilar

Dated: January 2, 2008     /s/ Lindsay Weston
Lindsay Weston
Attorney for Defendant
Juan Jose Sanchez Valencia

Dated: January 2, 2008     McGREGOR W. SCOTT
United States Attorney

by: /s/ Heiko Coppola
Heiko Coppola
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) Case No. CR.S-07-441 GEB
                                 )
            Plaintiff,           )
                                 )
      v.                         ) [PROPOSED] ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
Miguel Valencia, et al.          )
                                 )
            Defendants.          )
_____)

GOOD CAUSE APPEARING, it is hereby ordered that the January 4, 2008 status conference be continued to February 22, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to February 22, 2008.

IT IS SO ORDERED.

Dated:  January 3, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge