```
1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Daniel Mancilla Chavez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-07-441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Miguel Valencia, et al. | ) | |
| | ) | Date: 2/22/08 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with counsel for defendant Daniel Mancilla Chavez, John R. Manning Esq., counsel for defendant Miguel Valencia, Matthew Bockman Esq., counsel for defendant Ricardo Diaz Galindo, Timothy Warriner, counsel for defendant Martin Magana Ramos, Daniel B. Clymo Esq., counsel for defendant Rayez Espinosa Aguilar, Dan Koukol Esq., and counsel for defendant Juan Jose Sanchez Valencia, Lindsay Weston Esq., that the status conference presently set for February 22, 2008 be **continued to April 4, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate

1

exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 4, 2008.

IT IS SO STIPULATED.

Dated: February 21, 2008          /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Daniel Mancilla Chavez

Dated: February 21, 2008          /s/ Matthew Bockman
                                  Matthew Bockman
                                  Attorney for Defendant
                                  Miguel Valencia

Dated: February 21, 2008          /s/ Timothy Warriner
                                  Timothy Warriner
                                  Attorney for Defendant
                                  Ricardo Diaz Galindo

Dated: February 21, 2008          /s/ Daniel B. Clymo
                                  Daniel B. Clymo
                                  Attorney for Defendant
                                  Martin Magana Ramos

Dated: February 21, 2008          /s/ Dan Koukol
                                  Dan Koukol
                                  Attorney for Defendant
                                  Rayez Espinosa Aguilar

Dated: February 21, 2008          /s/ Lindsay Weston
                                  Lindsay Weston
                                  Attorney for Defendant
                                  Juan Jose Sanchez Valencia

Dated: February 21, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                              by: /s/ Heiko Coppola
                                  Heiko Coppola
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR.S-07-441 GEB |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| Miguel Valencia, et al. ) | |
| Defendants. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the February 22, 2008 status conference be continued to April 4, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to April 4, 2008.

IT IS SO ORDERED.

Dated:  February 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge