Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
RICARDO DIAZ GALINDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 07 0441 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND EXCLUDING TIME |
| ) | |
| MIGUEL VALENCIA VALENCIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is now scheduled for May 30, 2008 at 9:00 a.m.

2. This case involves an alleged conspiracy to manufacture more than 1,000 marijuana plants at an outdoor grow site. The parties continue to review the discovery and conduct investigation necessary to prepare for trial, pretrial motions, and possible case resolution. This case presents complex sentencing guideline issues, and defense counsel are presently investigating and researching these issues. In light of the need for attorney preparation, a continuance of the status conference until **July 11, 2008** is requested.

3. It is further stipulated that time continue to be excluded to **July 11, 2008** for preparation of counsel pursuant to local code T4. 18 U.S.C. § 3161(h)(8)(B)(iv).

1

| | | |
|---|---|---|
| DATED: May 28, 2008 | | /s/ Tim Warriner<br>Attorney for defendant,<br>RICARDO DIAZ GALINDO |
| DATED: May 28, 2008 | | /s/ John R. Manning<br>Attorney for defendant,<br>DANIEL MANCILLA CHAVEZ |
| DATED: May 28, 2008 | | /s/ Matthew Bockman<br>Attorney for defendant,<br>MIGUEL VALENCIA VALENCIA |
| DATED: May 28, 2008 | | /s/ Daniel B. Clymo<br>Attorney for defendant,<br>MARTIN MAGANA RAMOS |
| DATED: May 28, 2008 | | /s/ Dan Koukol<br>Attorney for defendant,<br>RAYEZ AGUILAR ESPINOZA |
| DATED: May 28, 2008 | | /s/ Lindsay Weston<br>Attorney for defendant,<br>JUAN JOSE SANCHEZ VALENCIA |
| DATED: May 28, 2008 | | /s/ Heiko Coppola<br>ASSISTANT UNITED STATES ATTORNEY,<br>FOR THE GOVERNMENT |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for May 30, 2008 be continued to July 11, 2008 at 9:00 a.m., and that time continue to be excluded to July 11, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: May 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2