Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
RICARDO DIAZ GALINDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| MIGUEL VALENCIA VALENCIA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties hereby stipulate to the following:

1.    A status conference in this matter is now scheduled for July 11, 2008 at 9:00 a.m.

2.    This case involves an alleged conspiracy to manufacture more than 1,000 marijuana plants at an outdoor grow site.  The parties continue to review the discovery and conduct investigation necessary to prepare for trial, pretrial motions, and possible case resolution.  This case presents complex sentencing guideline issues, and defense counsel are presently investigating and researching these issues.  In light of the continued need for attorney preparation, a continuance of the status conference until **August 15, 2008** is requested.

3.    It is further stipulated that time continue to be excluded to **August 15, 2008** for preparation of counsel pursuant to local code T4.  18 U.S.C. § 3161(h)(8)(B)(iv).

1

DATED: July 8, 2008 ___/s/ Tim Warriner___
Attorney for defendant,
RICARDO DIAZ GALINDO

DATED: July 8, 2008 ___/s/ John R. Manning___
Attorney for defendant,
DANIEL MANCILLA CHAVEZ

DATED: July 8, 2008 ___/s/ Matthew Bockman___
Attorney for defendant,
MIGUEL VALENCIA VALENCIA

DATED: July 8, 2008 ___/s/ Daniel B. Clymo___
Attorney for defendant,
MARTIN MAGANA RAMOS

DATED: July 8, 2008 ___/s/ Dan Koukol___
Attorney for defendant,
RAYEZ AGUILAR ESPINOZA

DATED: July 8, 2008 ___/s/ Lindsay Weston___
Attorney for defendant,
JUAN JOSE SANCHEZ VALENCIA

DATED: July 8, 2008 /s/ Heiko Coppola
ASSISTANT UNITED STATES ATTORNEY,
FOR THE GOVERNMENT

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for July

11, 2008 be continued to August 15, 2008 at 9:00 a.m., and that time continue to be excluded

to August 15, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C.

§3161(h)(8)(B)(iv).

DATED: July 8, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3