```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Daniel Mancilla Chavez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-07-441 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Miguel Valencia, et al. | ) | |
| | ) | Date:  8/15/08 |
| Defendants. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with counsel for defendant Daniel Mancilla Chavez, John R. Manning Esq., counsel for defendant Miguel Valencia, Matthew Bockman Esq., counsel for defendant Ricardo Diaz Galindo, Timothy Warriner, counsel for defendant Martin Magana Ramos, Daniel B. Clymo Esq., counsel for defendant Rayez Espinosa Aguilar, Dan Koukol Esq., and counsel for defendant Juan Jose Sanchez Valencia, Lindsay Weston Esq., that the status conference presently set for August 15, 2008 be **continued to September 19, 2008, at 9:00 a.m.**, thus **vacating** the presently set status conference.

    Counsel for the parties agree that this is an appropriate

1

1 exclusion of time within the meaning of Title 18, United States
2 Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
3 for effective preparation) and Local Code T4, and agree to
4 exclude time from the date of the filing of the order until the
5 date of the status conference, September 19, 2008.
6 IT IS SO STIPULATED.

7 Dated: August 13, 2008          /s/ John R. Manning
                                  JOHN R. MANNING
8                                 Attorney for Defendant
                                  Daniel Mancilla Chavez
9

10 Dated: August 13, 2008          /s/ Matthew Bockman
                                   Matthew Bockman
11                                 Attorney for Defendant
                                   Miguel Valencia
12

13 Dated: August 13, 2008           /s/ Timothy Warriner
                                    Timothy Warriner
14                                  Attorney for Defendant
                                    Ricardo Diaz Galindo
15

16 Dated: August 13, 2008           /s/ Daniel B. Clymo
                                    Daniel B. Clymo
17                                  Attorney for Defendant
                                    Martin Magana Ramos
18

19 Dated: August 13, 2008           /s/ Dan Koukol
                                    Dan Koukol
20                                  Attorney for Defendant
                                    Rayez Espinosa Aguilar
21

22 Dated: August 13, 2008          /s/ Lindsay Weston
                                   Lindsay Weston
23                                 Attorney for Defendant
                                   Juan Jose Sanchez Valencia
24

25 Dated: August 13, 2008          McGREGOR W. SCOTT
                                   United States Attorney
26

27                            by:  /s/ Heiko Coppola
                                   Heiko Coppola
28                                 Assistant U.S. Attorney

```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,     ) Case No.  CR.S-07-441 GEB
                              )
              Plaintiff,      )
                              )
     v.                       ) [PROPOSED] ORDER TO
                              ) CONTINUE STATUS CONFERENCE
Miguel Valencia, et al.       )
                              )
              Defendants.     )
_____)

   GOOD CAUSE APPEARING, it is hereby ordered that the August 15, 2008 status conference be continued to September 19, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to September 19, 2008.

IT IS SO ORDERED.

Dated:  August 13, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge