```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Daniel Mancilla Chavez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )   CR NO. S-07-441 GEB
                               )
        Plaintiff,             )   STIPULATION AND
                               )   [PROPOSED] ORDER CONTINUING
   v.                          )   STATUS CONFERENCE
                               )
Miguel Valencia, et al.        )
                               )   Date:   12/12/08
        Defendants.            )   Time:   9:00 a.m.
_____)   Judge:  Hon. Garland E. Burrell
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney, together with counsel for defendant Daniel Mancilla Chavez, John R. Manning Esq., counsel for defendant Miguel Valencia, Matthew Bockman Esq., counsel for defendant Ricardo Diaz Galindo, Timothy Warriner, counsel for defendant Martin Magana Ramos, Fred N. Dawson Esq., counsel for defendant Rayez Espinosa Aguilar, Dan Koukol Esq., and counsel for defendant Juan Jose Sanchez Valencia, Lindsay Weston Esq., that the status conference presently set for December 12, 2008 be **continued to February 20, 2009, at 9:00 a.m.,** thus **vacating** the presently set status conference.  The defense has been informed that the government intends to release new discovery regarding

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  phone records and would like time to review the documents.
 2       Counsel for the parties agree that this is an appropriate
 3  exclusion of time within the meaning of Title 18, United States
 4  Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
 5  for effective preparation) and Local Code T4, and agree to
 6  exclude time from the date of the filing of the order until the
 7  date of the status conference, February 20, 2009.
 8  IT IS SO STIPULATED.
 9  Dated: December 10, 2008          /s/ John R. Manning
                                      JOHN R. MANNING
10                                    Attorney for Defendant
                                      Daniel Mancilla Chavez
11
    Dated: December 10, 2008          /s/ Matthew Bockman
12                                    Matthew Bockman
                                      Attorney for Defendant
13                                    Miguel Valencia

14  Dated: December 10, 2008          /s/ Timothy Warriner
                                      Timothy Warriner
15                                    Attorney for Defendant __
                                      Ricardo Diaz Galindo
16
    Dated: December 10, 2008          /s/ Fred N. Dawson
17                                    Fred N. Dawspn
                                      Attorney for Defendant
18                                    Martin Magana Ramos

19  Dated: December 10, 2008          /s/ Dan Koukol
                                      Dan Koukol
20                                    Attorney for Defendant
                                      Rayez Espinosa Aguilar
21
    Dated: December 10, 2008          /s/ Lindsay Weston
22                                    Lindsay Weston
                                      Attorney for Defendant
23                                    Juan Jose Sanchez Valencia

24
    Dated: December 10, 2008          McGREGOR W. SCOTT
25                                    United States Attorney

26
                                      by: /s/ Heiko Coppola
27                                    Heiko Coppola
                                      Assistant U.S. Attorney
28
```

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No.  CR.S-07-441 GEB
                           )
            Plaintiff,     )
                           )
     v.                    ) ORDER CONTINUING
                           ) STATUS CONFERENCE
Miguel Valencia, et al.    )
                           )
            Defendants.    )
_____)

    GOOD CAUSE APPEARING, it is hereby ordered that the December 12, 2008 status conference be continued to February 20, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to February 20, 2009.

IT IS SO ORDERED.

Dated:  December 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com