LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
JUAN JOSE SANCHEZ VALENCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>MIGUEL VALENCIA, et. al.,<br><br>    Defendants. | Case No.: CR S-07-441 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and defendant, Juan Jose Sanchez Valencia, by and through his counsel, Lindsay Anne Weston, defendant Daniel Chavez, by his counsel, John R. Manning, defendant Miguel Valencia, by his counsel, Matthew Bockman, defendant Ricardo Galindo, by his counsel, Timothy Warriner, Martin Magana Ramos, by his counsel, Fred Dawson, and Rayez Espinoza Aguilar, by his counsel, Dan Koukol, that the status conference in this matter currently scheduled for April 24, 2009, at 9:00 a.m. be continued to May 29, 2009, at 9:00 a.m.

The basis for this continuance is that defense counsel requests additional time to review a large amount of discovery recently provided by the government and, further, certain counsel are engaged in plea negotiations with the government and request time to consult with their clients.

IT IS FURTHER STIPULATED that the period from April 24, 2009, (the date currently set for the status conference) through and including May 29, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel. Undersigned counsel Weston has written authority from all of the parties, including the government, to sign their name to this Stipulation and Proposed Order.

Dated: April 21, 2009

Respectfully submitted,

/s/Lindsay Weston
_____
Lindsay Anne Weston
Attorney for Defendant
JUAN JOSE SANCHEZ VALENCIA

/ s/ John R. Manning
_____
John R. Manning
Attorney for Defendant
DANIEL CHAVEZ

/s/ Matthew Bockman
_____
Matthew Bockman
Attorney for Defendant
MIGUEL VALENCIA

/ s/ Timothy Warriner
_____
Timothy Warriner
Attorney for Defendant
RICARDO DIAZ GALINDO

|  | /s/ Fred N. Dawson |
|---|---|
|  | _____ |
|  | Fred N. Dawson<br>Attorney for Defendant<br>MARTIN MAGANA RAMOS |
|  | / s/ Dan Koukol |
|  | _____ |
|  | Dan Koukol<br>Attorney for Defendant<br>RAYEZ ESPINOZA AGUILAR |
| Date: April 21, 2009 | LAWRENCE G. BROWN<br>Acting United States Attorney |
|  | /s/ Heiko Coppola |
|  | _____ |
|  | Heiko Coppola<br>Assistant United States Attorney<br>Per telephonic and written authorization |

**ORDER**

IT IS SO ORDRED.

Dated: 4/23/09

GARLAND E. BURRELL, JR.
United States District Judge